IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Bernies Burnett, #132146
_____
Full name and prison number
Of Plaintiff(s)

v.
Alabama Pardon & Paroles et. al.,
_____

Victims Of Crimes Against Leniency et. al.
_____

Governor Bob Riley et. al.,
_____

Honorable Troy King et. al.,
_____

_____
Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)

CIVIL ACTION NO. 2:08cv22-WKW
(To be supplied by Clerk of
U.S. District Court)

Demand for Jury Trial

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court )if federal court, name the district; if
            state court, name the county)_____
                              N/A

1

3.  Docket number _____N/A_____

4.  Name of judge to whom case was assigned _____
    N/A

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
    N/A

6.  Approximate date of filing lawsuit ___N/A___

7.  Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT  Limestone Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone C.F.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
    NAME                                              ADDRESS

1. Sidney Williams @ 301 South Ripley Street BLD#D, Montg. Ala. 36130
2. Valinda Weatherly                        (same as above)
3. Robert Longshore                         (same as above)
4. Governor Bob Riley @ 600 Dexter Ave, Rm#104, Montg. Ala.   36130
5. Honorable Troy King @ 11 South Union St. Montg. Ala.   36130
6. Victims of Crime Against Leniency (VOCAL) (same as No#1 thru #3)

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  February 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Denial of Effective Due Process of Art I, U.S.C. 14th. Amend.
["Defendants commissioned improprieties in my respective parole proceeding"]

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

My 2007 Parole denial was the direct results of Alabama's unconstitutional political policy orchestrated by Pardon & Parole Board members Mr. Williams, Mr. Longshore, ~~Mrs. Weatherly through collusion, conspiracy with co-defendants Bob Riley, Troy~~ King and Vocal members et. al., politically predisposing me of a[ny] proper discretionary review rendering the hearing process fundamentally unfair; treating me dissimilar with respects to the laws compared to non-violent offenders inapposite to the Due Process Clause of the Fourteenth Amendment of the United States ~~Constitution ["Contravening Ala. Bd. of Paroles Rules, Reg. Proc Art IV through VI."]~~

**GROUND TWO:** _Denial of the Equal Protection Clause of U.S. Const. 14th Amend._

["Defendants principal decision was procedurally infected by *deceit, bias, prejudice*"]

**SUPPORTING FACTS:** Burnett maintains overt *procedures* were used by the Pardon & Parole Board in February 2007 -arbitrarily and capriciously denied him of the discretionary review for proper consideration based upon *erroneous –false information* {"Although Burnett's 8th time up for Parole still ineligible due to protests not from ~~victims"}, absent 1st-hand knowledge to authenticate, verify said assertions made by~~ an adverse party –commingling with Vocal et. al., through collusionary acts by Troy King et. al., and Governor Riley's political party –in violation of equal protection principles as-applied to similar incarcerated prisoners being reviewed for parole – Alabama utilized a blanket-styled denial policy –due to the nature, degree of offense.

**GROUND THREE:** *Ex Post Facto Clause* Violation of Article I, § 10, cl. 1 U.S. Const. Amend.

["Defendants retroactively promulgated additional strictures to §15-22-28(e), Code of Ala.1975"]

**SUPPORTING FACTS:** Defendants retroactively in 2002 (by amendment) increased the time for which my next parole review date would be reviewed –by increasing said three (3) year term (Act 1979, No#79 –154) to five (5) years –which was not in effect at the time I was convicted/sentenced in 1981; said aggregated enactment violates Article 1, §10, cl. 1 as-applied to §15-22-28(e) mandates in place when conviction/sentence were invoked in 1981 –inapposite to the 2007 setoff of next review set for 2012; inclusive to allowing an adverse party –not entitled to NOTICE by statute –speak against parole inapposite to State law doctrine governing the Boards authority, power promulgated by Legislation {Contravening Ala. Bd. of Paroles ~~Rules, Reg. Proc Art IV through VI} violating Article V, § 124, Ala. Const. 1901~~ inclusive to usurping §§15-22-20, 24 –26, 28, 36 Code of Ala. 1975, *inter alia*.

3

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

Aggrieved Burnett seeks §1983 action for Prospective declaratory and injunctive relief challenging both, the retroactive and constitutionality of Alabama's unfair, discriminatory parole procedures that would render invalid Alabama's procedures used to deny (i) parole eligibility, and / or (ii) parole suitability in accord with *Wilkinson v. Dotson*, 544 U.S. 74 (2005) holdings; ORDER Def's. to *GRANT* Burnett an immediate parole hearing in accordance with statutory laws and administrative rules in place, at the time when, if any crime (actually) occurred in Alabama –1981.

                                                  Bernies Burnett, #132146

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *December 26th 2007*
                   (Date)

                                                  Bernies Burnett, Jr.
Acting in pro per #132146
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Burnett Beavers #132146
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama
35749-7009

LEGAL MAIL

United States District Court
For Middle District Court
Post Office Box 711
Montgomery, Ala
36101-0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.