| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2  Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>2:08cv22-WKW |
|---|---|---|

IN THE _U.S. District Court_ COURT OF _Montgomery_, ALABAMA
(Circuit, District, Municipal)                (Name of County or Municipality)

STYLE OF CASE: _Bernies Burnett, #132146_      _Alabama Pardon & Paroles et. al.,_
                    Plaintiff(s)                                    Defendant(s)

TYPE OF PROCEEDING: _1983_    CHARGE(S) (if applicable): _Constitutional usurpations_

RECEIVED
2008 JAN -9 P 1:37
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

☑ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request the court to appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1. **IDENTIFICATION**
   Full name _Bernies Burnett, Jr._  Date of birth _3-2-43_
   Spouse's full name (if married) _____
   Complete home address _453 Welcome Home Vlg. Rd. Toney, AL. 35773_

   Number of people living in household _5_
   Home telephone number _828-6510_
   Occupation/Job _Machine operator_  Length of employment _8½ years_
   Driver's license number _____  *Social Security Number _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_
   Employer _Parker Hannifin_  Employer's telephone number _____
   Employer's address _South parkway Huntsville, AL._

2. **ASSISTANCE BENEFITS**
   Do you or anyone in your household receive benefits from any of the following sources? (if so, please check those which apply.)

   ☐ AFDC    ☐ Food stamps    ☑ SSI    ☐ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                            $ _None_
   Spouse's Monthly Gross Income (unless a marital offense)         _None_
   Other Earnings: Commissions, Bonuses, Interest Income, etc.      _None_
   Contributions from Other People Living in Household              _None_
   Unemployment/Workmens's Compensation,
     Social Security, Retirements, etc.                             _None_
   Other Income (be specific) _____                               _None_
                           **TOTAL MONTHLY GROSS INCOME**           $ _____

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                                 $ _None_
      Total Utilities: Gas, Electricity, Water, etc.                  _None_
      Food                                                            _None_
      Clothing                                                        _None_
      Health Care Insurance                                           _None_
      Car Payment(s)/Transportation Expenses                          _None_
      Loan Payment(s)                                                 _None_

| Form C-10 Page 2 of 2  Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** |
|---|---|

Monthly Expenses: (con'd page 1)
    Credit Card Payment(s) _____
    Educational/Employment Expenses _____
    Other Expenses *(be specific)* _none_ _____

    **Sub-Total**      A $ _none_

B.    Child Support Payment(s) Alimony    $ _none_

    **Sub-Total**      B $ _none_

C.    Exceptional Expenses    $ _none_

    **TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)    $ _none_

Total Gross Monthly Income Less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**    $ _none_

4   **LIQUID ASSETS:**
    Cash on Hand/Bank *(or otherwise available as stocks, bonds, certificates of deposit)*    $ _none_
    Equity in Real Estate (value of property less what you owe)    _none_
    Equity in Personal Property, etc (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    _none_
    Other *(be specific)*
    Do you own anything else of value? ☐ Yes ☒ No
    (land, house, boat, TV, stereo, jewelry)    _none_
    If so, describe _____

    **TOTAL LIQUID ASSETS**    $ _none_

5   Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this ____ day of _Jan_, _2008_

_____    Affiant's Signature: _Bennies Burnett Jr_
Judge/Clerk/Notary    Commission Expires: _9-26-11_    Print or Type Name: _Bennies Burnett #132116_

**ORDER OF COURT**

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED THAT _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this ____ day of _____, _____

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERNIES BURNETT, Jr., #132146   *

      PLAINTIFF,   *

Vs.   * Case # 2:08CV22-WKW
**Assigned by Clerks**
  *

ALABAMA PARDON & PAROLES et. al.,   * **Demand for Jury Trial**

      DEFENDANTS.   *

## MOTION TO PROCEED
### In Forma Pauperis

COMES NOW Bernies Burnett, Jr., (hereinafter "Plaintiff") and moves this Honorable Court to **Grant** the above styled motion, as follows:

§ 1. Plaintiff maintains, that at all times relevant from the inception of the criminal conviction –sentence he has been totally co-dependant upon the Alabama Department of Corrections (hereinafter "ADOC") for safety, security and overall welfare and remains indebted to said agents, and society in general.

§ 2. Plaintiff maintains, that he has no general income, because the ADOC does not pay inmates for assigned jobs, tasks within its overall institutions. Plaintiff has remained imprisoned since 1981 –without income.

§ 3. Having no income, and having not previously filed a[ny] civil actions in either Federal, or State court concerning the present subject matter; this being his first civil suit, Plaintiff request said motion be granted upon review, and rule thereinafter accordingly to the attached PMOD account sheet, signed under the penalty of perjury.

WHEREFORE PREMISES SHOWN, Plaintiff prays that this Court will **Grant IFP** status and move expeditiously on the attached §1983 action, to afford comity.

Done so this December 26th. 2007.

Respectfully submitted,

*Bernies Burnett Jr.*
Bernies Burnett, Jr., #132146
Acting in pro per

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing "IFP Motion / Affidavit" upon Honorable Debra Hackett, Clerk of United States District Court, C/O Post Office Box# 711, Montgomery, Alabama 36101-0711 for appropriate –plenary review at the inception of §1983.

Done so this December 26th. 2007.

Respectfully submitted,

*Bernies Burnett Jr.*
Bernies Burnett, Jr., #132146
Acting in pro per
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2