```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003651
Cashier ID: brobinso
Transaction Date: 01/31/2008
Payer Name: BERNIES BURNETT
-----------------------------------------
PLRA CIVIL FILING FEE
 For: BERNIES BURNETT
 Case/Party: D-ALM-2-08-CV-000022-001
 Amount:          $2.83
-----------------------------------------
MONEY ORDER
 Check/Money Order Num: 11595579996
 Amt Tendered:    $2.83
-----------------------------------------
Total Due:       $2.83
Total Tendered:  $2.83
Change Amt:      $0.00

PER ORDER DIRECTING PAYMENT OF
INITIAL PARTIAL FILING FEE BY
2/7/08
```