IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Bernies Burnett, #132145

      Plaintiff,

Vs.                                               **2:08-CV-22-WKW**

Alabama Pardon & Paroles et. al.,

      DEFENDANTS.

**MOTION FOR AN EXTENSION OF TIME
FOR PAYMENT OF FILING FEE**

    COMES NOW Bernies (hereinafter "BURNETT"") and moves this Honorable Court to *GRANT* the above in the alternative in the likelihood of the foregoing facts:

§ 1.    Burnett was ORDERED by this Court to partially prepay a fee of $2.83 on or before February 7th, 2008.

§ 2.    Burnett remains totally indigent upon the State, but has in fact contacted a family member whom Burnett trust, believes will be wiling to forward said amount, and only needs additional time for it to in fact arrive, so that the time won't lapse.

§ 3.    If this Court would grant a short extension of time for that to arrive, Burnett's case won't be jeopardized, nor dismissed for failure to timely pay said fee. Burnett would appreciate a[ny] time this Court deems sufficient for him to write family, and send the money –forthwith without prejudice upon an uncontrollable anomaly at present.

    WHEREFORE PREMISES SHOWN, Burnett prays that this Court would grant the above, albeit limited -if family members have not already forwarded said partial filing fee. Done so this January 30, 2008.

                                                                   Respectfully submitted,

                                                                   *Bernies Burnett*
                                                              Bernies Burnett, #132146

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a true and correct copy of the foregoing upon Honorable Debra P. Hackett, Clerk of Courts, P.O. Box# 711, Montgomery, Alabama 36104.

Done so this January 30, 2008.                Respectfully submitted,

*Bernies Burnett*
Bernies Burnett, #132146
Limestone C. F. 28779 Nick Davis Rd.
Harvest, Alabama 35749-7009

