IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146                 *

    Plaintiff,                                              *

    v.                                                             *              2:08-CV-22-WKW

ALABAMA PARDONS & PAROLES,    *
*et al.*,
    Defendants.                                        *

_____

## ORDER ON MOTION

On February 1, 2008 Plaintiff filed a motion for extension of time to comply with the court's January 18, 2008 order directing payment of an initial partial filing fee. Upon consideration of the motion, and in light of the initial partial filing fee received by the court on January 31, 2008 (*see Doc. No. 6*), it is

ORDERED that the motion (*Doc. No. 7*) be and is hereby DENIED as moot.

Done, this 1st day of February 2008.

                                                           /s/ Terry F. Moorer
                                                          TERRY F. MOORER
                                                          UNITED STATES MAGISTRATE JUDGE