IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146           *

    Plaintiff,                                   *

    v.                                               *           2:08-CV-22-WKW

ALABAMA PARDONS & PAROLES,    *
*et al.*,
    Defendants.                                *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for joinder. Upon consideration of the motion, and as the facts underlying decisions of the Alabama Board of Pardons and Paroles with respect to each individual inmate are substantially different, it is

ORDERED that the motion (*Doc. No. 8*) be and is hereby DENIED.

Done, this 1st day of February 2008.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE