Burnett

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

Governor Bob Riley
Office of the Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130-2751

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:08CV22 cmp/order ansdue 3/21

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 6039

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540