Burnett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Cornell Song   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 2/13/08
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Alabama Board of Pardons & Paroles
P. O. Box 302405
Montgomery, AL 36130-2405

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

2:08cv22-WKW cmp/order ans due 3/21/08
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6015

PS Form 3811, February 2004    Domestic Return Receipt    102595-02

---

Burnett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Cornell Song   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 2/13/08
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Robert Longshore
Alabama Board of Pardons & Paroles
301 South Ripley Street
Montgomery, AL 36130

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

2:08cv22 Cmp/Ordu ansdue 3/21
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6077

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Burnett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Valinda Weatherly
Alabama Board of Pardons & Paroles
301 South Ripley Street
Montgomery, AL 36130

2:08CV22 CmplOrder auo due 3/21

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Cornell Long
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 2/13/08

dress different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6060

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Burnett

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Sidney Williams
Alabama Board of Pardons & Paroles
301 South Ripley Street
Montgomery, AL 36130

2:08CV22 CmplOrder auo due 3/21

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Cornell Long
☐ Agent
☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 2/13/08

dress different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6053

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-