IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| BERNIES BURNETT, #132 146 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-22-WKW |
| ALABAMA PARDONS & PAROLES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for continuance/stay pending discovery. Plaintiff asserts that Defendants have filed an answer which is insufficient and requests "a stay pending appropriate DISCOVERY." (*Doc. No. 18 at 1*) (emphasis in original).

A review of the docket reflects that Defendants have not yet filed an answer or written report in the above-captioned action, neither of which are due to be filed until March 21, 2008. Accordingly, it is

ORDERED that the motion (*Doc. No. 18*) be and is hereby DENIED.

Done, this 10th day of March 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE