IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146          *

    Plaintiff,                              *

    v.                                          *          2:08-CV-22-WKW

ALABAMA PARDONS & PAROLES,  *
*et al.*,
    Defendants.                          *

_____

## ORDER ON MOTION

Plaintiff has filed a motion for discovery/motion for production of documents and interrogatories/request for admissions/production of documents. The record reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request is due to be denied at this time. Accordingly, it is

ORDERED that the motion (*Doc. No. 19*) be and is hereby DENIED.

Done, this 10th day of March 2008.

                                  /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE