IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146          *

     Plaintiff,          *

     v.          *          2:08-CV-22-WKW

SIDNEY WILLIAMS, *et al*.,          *

     Defendants.          *

_____

**ORDER**

Upon consideration of Defendants' written report filed March 25, 2008, it is ORDERED that on or before April 30, 2008, the parole defendants shall file a supplement to their special report which:

1.    Addresses Plaintiff's claims that: (i) He was denied parole based on erroneous/false information; (ii) the parole board members acted in violation of his equal protection rights when they denied him parole in 2007; and (iii) the parole decision issued in 2007 violated the Ex Post Facto Clause as it was based on rules/regulations adopted after Plaintiff's conviction and sentence; and

2.    Contains affidavits and copies of all relevant rules/regulations relevant to Plaintiff's claims for relief.

Done, this 1st day of April 2008.


                       /s/ Terry F. Moorer              
                       TERRY F. MOORER
                       UNITED STATES MAGISTRATE JUDGE