IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146          *

    Plaintiff,                                      *

    v.                                                    *           2:08-CV-22-WKW

SIDNEY WILLIAMS, *et al.*,              *

    Defendants.                                  *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's *motion for continuance/stay permitting plaintiff to contest Defendants' answer/special report*. He requests that any court-ordered response from him be continued and/or stayed pending Defendants' compliance with his requests for discovery.

The record reflects that Defendants are under order to file a supplemental special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Plaintiff is not currently under any court-ordered directive to respond to Defendants' pleadings. Consequently, Plaintiff's request for continuance/stay is due to be denied at this time. Accordingly, it is

ORDERED that the motion (*Doc. No. 28*) be and is hereby DENIED.

Done, this 21st day of April 2008.


                                      /s/ Terry F. Moorer  
                                      TERRY F. MOORER  
                                      UNITED STATES MAGISTRATE JUDGE