IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BERNIES BURNETT, #132 146          *

    Plaintiff,                                    *

    v.                                               *       2:08-CV-22-WKW

SIDNEY WILLIAMS, *et al*.,              *

    Defendants.                              *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's *motion to compel, or alternatively, motion to issue show cause order*. He contends that Defendants' special report filed on March 25, 2008 fails to fully comply with the directives contained in the court's February 11, 2008 order or procedure.

The record reflects that Defendants are under order to file a supplemental special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's motion to compel, or alternatively, issue show cause order is due to be denied at this time. Accordingly, it is

ORDERED that the motion (*Doc. No. 27*) be and is hereby DENIED.

Done, this 21st day of April 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE