IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| BERNIES BURNETT, #132 146 | * |
| Plaintiff, | * |
| v. | *   2:08-CV-22-WKW |
| ALABAMA PARDONS & PAROLES, *
*et al.*, | |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's discovery requests filed April 18, 2008 (*Doc. Nos. 29, 30*), it is

ORDERED that on or before May 8, 2008 Defendants shall object or otherwise respond to the requests for discovery contained in Document Numbers 29 and 30. If Defendants submit an objection to a request, they should state specific reasons for their objection.

Done, this 24th day of April 2008.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE