IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERNIES BURNETT, #132 146, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-22-WKW [WO] |
| | ) | |
| | ) | |
| SIDNEY WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On October 4, 2010, the Magistrate Judge filed a Recommendation (Doc. # 51) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 51) be ADOPTED;

2. The defendants' motions for summary judgment (Docs. # 23, 36) be GRANTED;

3. Judgment be entered in favor of the defendants and against Plaintiff;

4. Plaintiff's state law claims be DISMISSED without prejudice;

5. The costs of this proceeding be taxed against Plaintiff; and

6. This case be DISMISSED with prejudice.

DONE this 8th day of November, 2010.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE